ACCEPTED
03-14-00718-CV
5604830
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/9/2015 2:51:12 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00718-CV

**IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS,
AT AUSTIN, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/9/2015 2:51:12 PM
JEFFREY D. KYLE
Clerk

**CITIZENS AGAINST THE LANDFILL IN HEMPSTEAD, MICHAEL MCCALL, WAYNE KNOX, AND THE CITY OF HEMPSTEAD,**

*Plaintiffs/Appellants,*

**V.**

**TEXAS COMMISSION ON ENVIRONMENTAL QUALITY AND PINTAIL LANDFILL, L.L.C.,**

*Defendants/Appellees.*

**On Appeal from the 201st District Court, Travis County, Texas**

**APPELLANTS' MOTION TO RECONSIDER
DENIAL OF ORAL ARGUMENT**

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Rule of Appellate Procedure 10, Appellants Citizens Against the Landfill in Hempstead and City of Hempstead file this Motion to Reconsider the Denial of Oral Argument. Appellants have not received formal notice that oral argument was denied, however, examination of the Court's webpage indicates that oral argument was denied on May 11, 2015. As of the time of this filing, the case has not been set for submission.

Pursuant to Texas Rule of Appellate Procedure 39.1 the Court may deny oral argument if (a) the appeal is frivolous; (b) the dispositive issue has been authoritatively decided; (c) the facts and legal arguments are adequately presented in the briefs and record; or (d) the decisional process would not be significantly aided by oral argument. The only basis Appellees alleged support their request to deny oral argument fell under subparts (c) and (d). Therefore, Appellants contend that the Appellees have conceded this appeal is not frivolous, and the issues have not been authoritatively decided.

Here, the subject matter of this case is complicated by the applicable regulatory provisions, and the Court's understanding of the regulatory analysis would be appreciably aided by oral argument. Oral argument would bring clarity to the written arguments presented by the briefs, and would assist the Court to reach the correct result. Further, the briefs present an issue of first impression concerning interpretation of the applicable regulations of Texas Commission on Environmental Quality. Accordingly, Appellants respectfully request that the Court reconsider its denial of oral argument and grant the Appellants request for oral argument.

Respectfully submitted,

HANCE SCARBOROUGH, LLP
400 W. 15th Street, Ste. 950
Austin, TX 78701
Telephone: (512) 479-8888
Facsimile: (512) 482-6891


By: _____
    Terry L. Scarborough
    State Bar No. 17716000
    Michael L. Woodward
    State Bar No. 21979300
    mwoodward@hslawmail.com
    V. Blayre Pena
    State Bar No. 24050372
    bpena@hslawmail.com
    Wesley P. McGuffey
    State Bar No. 24088023
    wmcguffey@hslawmail.com

ATTORNEYS FOR APPELLANTS CITIZENS
AGAINST THE LANDFILL IN HEMPSTEAD,
MICHAEL MCCALL, AND WAYNE KNOX

**KELLY HART & HALLMAN LLP**
301 Congress Avenue, Suite 2000
Austin, Texas 78701
Telephone: (512) 495-6400
Facsimile: (512) 495-6401

By: _____
    Monica M. Jacobs
    State Bar No. 24007433
    Monica.Jacobs@kellyhart.com
    Diana L. Nichols
    State Bar No. 00784682
    Diana.Nichols@kellyhart.com

**ATTORNEYS FOR THE CITY OF
HEMPSTEAD**

## CERTIFICATE OF CONFERENCE

I hereby certify that the filing party conferred, or made a reasonable effort to confer, with all other parties about the merits of the motion and whether those parties oppose the motion. Appellees TCEQ and Pintail Landfill, LLC are opposed.

_Terry L. Scarborough_
Terry L. Scarborough

# CERTIFICATE OF SERVICE

I hereby certify that a copy of Appellants' Brief was served on the following counsel of record on June 9, 2015, via certified mail, return receipt requested, and/or the electronic filing system:

Nancy Elizabeth Olinger
Nancy.Olinger@texasattorneygeneral.gov
Cynthia Woelk
Cynthia.Woelk@texasattorneygeneral.gov
Daniel C. Wiseman
Daniel.Wiseman@texasattorneygeneral.gov
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Environmental Protection Division (MC-066)
P.O. Box 12548
Austin, TX 78711-2548
**ATTORNEYS FOR TCEQ**

Brent W. Ryan
bryan@msmtx.com
Paul R. Tough
ptough@msmtx.com
MCELROY, SULLIVAN, MILLER, WEBER & OLMSTEAD, LLP
P.O. Box 12127
Austin, TX 78711
**ATTORNEYS FOR THE PINTAIL LANDFILL, LLC**

Michael S. Truesdale
mike@truesdalelaw.com
LAW OFFICE OF MICHAEL S. TRUESDALE, PLLC
801 West Avenue, Suite 201
Austin, TX 78701
**ATTORNEYS FOR THE PINTAIL LANDFILL, LLC**

Terry L. Scarborough